UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANNA BELIA GARZA, | § § § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL CAUSE NO. 7:18-CV-00125 |
| | § | |
| COMPASS BANK AND SUBSTITUTE TRUSTEE SELIM H. TAHERZADEH, | § § § | |
| *Defendants*. | § § | |

## JOINT MOTION TO ALLOW PLAINTIFF TO DISMISS HER CASE WITH PREJUDICE

COMES NOW, Plaintiff, Anna Belia Garza, and Defendant, BBVA USA f/k/a Compass Bank, and files this Joint Motion to Allow Plaintiff to Dismiss her Case with Prejudice and would respectfully inform this Honorable Court that Plaintiff no longer desires to proceed with her lawsuit.

WHEREFORE PREMISES CONSIDERED, the Parties requests that this Court grant their Joint Motion to Allow Plaintiff to Dismiss her Case with Prejudice, dismiss this case with prejudice, and for such other relief, at law or in equity, to which the Parties may be justly entitled.

Respectfully submitted,

*/s/ Juan Angel Guerra*
Juan Angel Guerra
1021 Fair Park
Harlingen, Texas 78550
(956) 428-1600 – Telephone
Juanangelguerra1983@gmail.com
**LEAD ATTORNEY FOR PLAINTIFF**


*/s/ Selim H. Taherzadeh*
Selim Taherzadeh
State Bar No. 24046944
5001 Spring Valley Road, Suite 1020W
Dallas, Texas 75244
(469) 729-6800 – Telephone
st@taherzlaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on the 24th day of July 2019, this document was served upon all counsel of record by the Court's ECF system.

*/s/ Selim H. Taherzadeh*